UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAMELA S. PIERRE                              CIVIL ACTION

VERSUS                                        NUMBER: 08-2003

MICHAEL J. ASTRUE,                            SECTION: "C"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**REPORT AND RECOMMENDATION**

Presently before the Court is plaintiff's petition for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d). (Rec. doc. 13). Defendant has filed no opposition to plaintiff's motion. For the reasons that follow, it is recommended that plaintiff's motion be granted.

Plaintiff, through counsel, filed the above-captioned lawsuit seeking judicial review of an adverse decision of the Commissioner of the Social Security Administration denying her application for Disability Insurance Benefits ("DIB"). (Rec. doc. 1). After plaintiff had filed her cross-motion for summary judgment as

ordered by the Court, the government filed an unopposed motion to reverse the Commissioner's decision and to remand this matter back to the Administration for further proceedings. (Rec. doc. 11). The latter motion was granted by the Court on April 3, 2009. (Rec. doc. 12). The instant EAJA fee application followed. (Rec. doc. 13).

By way of her application, plaintiff seeks attorney's fees for 21.75 hours of time expended in this case at a rate of $150.00 per hour for a total award of $3,262.50. Although any opposition to plaintiff's EAJA fee application was due on June 16, 2009, the government has filed nothing challenging the number of hours expended by counsel, the hourly rate sought, or otherwise attacking the appropriateness or amount of the fee award requested. That being the case, it will be recommended that plaintiff's application be granted and that she be awarded EAJA fees in the amount of $3,262.60.

## RECOMMENDATION

For the foregoing reasons, it is recommended that plaintiff be awarded EAJA fees in the amount of $3,262.50.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual

findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en</u> <u>banc</u>).

New Orleans, Louisiana, this __23rd__ day of _____June_____, 2009.

                                              ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE