UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAMELA S. PIERRE                                CIVIL ACTION

VERSUS                                          NUMBER: 08-2003

MICHAEL J. ASTRUE,                              SECTION: "C"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff is awarded EAJA fees in the amount of $3,262.50.

New Orleans, Louisiana, this 27th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE